# Allen Lashley
### Attorney at Law

16 Court Street, Brooklyn, N.Y. 11241

TEL: 718-875-1128

FAX: 718-797-4911

June 19, 2007

Hon. Kenneth M. Karas, Judge
United States District Court
Southern District of New York
U.S. Courthouse, Room 920
500 Pearl Street
New York, New York 10007



Re: U.S.A. v. Martin Goldstein
07 CR 389

Dear Judge Karas:

This will confirm my telephone conversation of this day with your Courtroom Deputy, Eileen Levine, wherein the status conference in the above matter was rescheduled from July 19, 2007 to July 10, 2007, at 10:00 a.m. I have left a message with AUSA David O'Neill as to said changed date.

Thank you for your courtesy in this matter.

Respectfully yours,

Allen Lashley

AL/bj

cc: AUSA David O'Neill, Esq.

So Ordered.

7/5/07