U.S. Department of Justice

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 1, 2007

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

      **Re:**    <u>**United States v. Martin Goldstein**</u>,
            **07 Cr. 389 (KMK)**

Dear Judge Karas:

      The defendant in the above-captioned case is currently scheduled to appear before your Honor for a pretrial conference on Thursday, August 9, 2007, at 4:15 am. With the consent of defense counsel, the Government respectfully requests an adjournment of that conference in light of its decision, subject to review by the Pretrial Services Agency, to offer the defendant a deferred prosecution agreement. The agreement provides for a six-month deferred prosecution period. As soon as the parties have executed the deferred prosecution agreement, the Government will submit it to the Court for approval. Assuming the defendant abides by the terms of the agreement, the Government will notify the Court in six months' time and proceed accordingly.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

By:   David A. O'Neil
       Assistant United States Attorney
       Telephone:  (212) 637-2533
       Facsimile:   (212) 637-2937

cc:    Allen Lashley, Esq.

*[Handwritten endorsement:]* The Court will hold a status conference on this case on February 29, 2008, at 10:00 a.m., unless the deferred prosecution has run its course. SO ORDERED

KENNETH M. KARAS U.S.D.J.
8/8/07