**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 11, 2007



MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/07

**BY HAND**

Honorable Richard J. Sullivan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: <u>United States v. Martin Goldstein</u>,
        07 Cr. 389 (KMK)

Dear Judge Sullivan:

    On May 8, 2007, the defendant in the above-captioned case was arrested on an indictment charging him with theft of federal funds in violation of Title 18, United States Code, Sections 641 and 2. In August, 2007, the United States Attorney's Office decided to offer the defendant a deferred prosecution agreement. Today, that agreement was signed in Magistrate's Court. I have enclosed a copy of the agreement for the Court's convenience.

    Judge Karas, to whom this case was previously assigned, scheduled the next conference for February 29, 2008, at 10 am. The Government requests that the conference be adjourned until April 2008 to permit completion of the six-month deferred prosecution period.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By: _____
David A. O'Neil
Assistant United States Attorney
(212) 637-2533

*[Handwritten: Conference is adjourned until April 17 @ 10am.*
*SO ORDERED /s/ Richard J. Sullivan, U.S.D.J.*
*Dated: 10/15/07]*

cc:    Allen Lashley, Esq. (By fax: 718-797-4911)

0293