

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 17, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08
```

*By Facsimile*
Honorable Richard J. Sullivan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   United States v. Martin Goldstein, 07 cr 389 (RJS)

Dear Judge Sullivan:

The next pretrial conference in the above-captioned matter is scheduled for May 5, 2008, at 3 pm. The Government respectfully requests that the Court exclude the time under the Speedy Trial Act until that date, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8).

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By:  _____
David A. O'Neil
Assistant United States Attorney
Tel. No.: (212) 637-2533

cc:   Allen Lashley, Esq. (by facsimile: (718) 797-4911)

SO ORDERED
_____
RICHARD J. SULLIVAN
U.S.D.J.
4/21/08